**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Labarron PENDLETON, a.k.a. Bright**
**Eyes, a.k.a. Red, Defendant–**
**Appellant.**

**No. 05–15738**

**Non–Argument Calendar.**

**D.C. Docket No. 92–00043–CR–001.**

United States Court of Appeals,
Eleventh Circuit.

June 5, 2006.

Latisha Vanese Colvin, Carlos Alfredo Williams, Frederick W. Tiemann, Federal Defenders Office—Southern District of Alabama, Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Latisha V. Colvin, appointed counsel for Labarron Pendleton, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and the revocation of Pendleton's supervised release and resulting sentence are AFFIRMED.